FILED
2023 Aug-16 AM 09:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se General Complaint for a Civil Case (Rev.10/16)

## United States District Court
### for the
### NORTHERN DISTRICT OF ALABAMA

FILED

2023 AUG 15 P 2: 10

U.S. DISTRICT COUR.
N.D. OF ALABAMA

Jeremiah Robinson

*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a pro se complaint)*

v.

Birmingham Police officers
Hunt, Dunn Det

Owner Mike     store T&U

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)*

Case No.: 2:23CV1075-SGC
(to be filled in by the Clerk's Office)

JURY TRIAL ☐ Yes   ☐ No

## COMPLAINT FOR A CIVIL CASE

I.    **The Parties to This Complaint**

A.    **The Plaintiff**
Name                    Jeremiah Robinson
Street Address          24 Haversham Circle
City and County         Birmingham  Jefferson County
State and Zip Code      Alabama  35215
Telephone Number        205 421-8370

B.    **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Page 1 of 7

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 1
    Name
    Job or Title         Clerk at Tru gas station
    Street Address     20 strat Enlsey
    City and County    Birmingham   Jefferson
    State and Zip Code  Alabama   35207

Defendant No. 2
    Name            offiers  w.Hunt
    Job or Title         offiers
    Street Address     Birmingham  Police Dept
    City and County    Birmingham  Jefferson
    State and Zip Code  Alabama

Defendant No. 3
    Name            Mike
    Job or Title         owner Tru
    Street Address     20 street Enlzey
    City and County    Birmingham  Jefferson
    State and Zip Code  Alabama

Defendant No. 4
    Name
    Job or Title
    Street Address
    City and County
    State and Zip Code

Pro Se General Complaint for a Civil Case (Rev.10/16)

Defendant No. 5

    Name               _____

    Job or Title        _____

    Street Address    _____

    City and County   _____

    State and Zip Code   _____

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question ☐ USA Defendant ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.  If the Basis for Jurisdiction is USA defendant

The Defendant(s)

Name of Agency _Birmingham Police   Fail to invesgate crime_

Address _1701 1 Ave North_

### B.  If the Basis for Jurisdiction is a Constitutional or Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(1) Failure to invesgate my Shooting case properly officer (W. Hunt)

(2) Didnt Confiscating the AK 47 that was used and Abuse his Authoruy buy asking me to leave the scene.

(3)

Page 3 of 7

Pro Se General Complaint for a Civil Case (Rev. 10/16)

C.    **If the Basis for Jurisdiction is Diversity of Citizenship**

1. The Plaintiff

   The plaintiff, *(name)* Jeremiah Robinson. , is a citizen of the
   State of *(name)* Alabama .

2. The Defendant(s)

   a. If the defendant is an individual

      The defendant, *(name)* W Hunt , is a citizen of the
      State of *(name)* Alabama . Or is a citizen of
      *(foreign nation)* .

   b. If the defendant is a corporation

      The defendant, *(name)* T & U , is incorporated under
      the laws of the State of *(name)* Alabama , and has its
      principal place of business in the State of *(name)* Alabama .

      Or  is  incorporated  under  the  laws  of  *(foreign  nation)*
      , and  has  its  principal  place  of
      business in *(name)* .

   *(If more than one defendant is named in the complaint, attach an additional
   page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

      The amount in controversy – the amount the plaintiff claims the defendant
      owes or the amount that is at state – is more than $75,000, not counting
      interest and costs of court, because: *(explain)*

      Yes the amount is greater than 75,000 because my
      life is more valuable than any dollar amount and the
      mental health stress panic attacks from this situation
      was from here

III.    **Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev.10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was shot at by the store clerk at T&U store located on 20th street enlsey and locked inside the store chased by clerk with loaded AK47 Because he assumed I was panhandling or Begging I ask 3 customers for a Jumpoff they all said No By shaking their heads then a male entered the store and I ask him he said yes so I paid for my beer that was 6.42cent I gave him 1.27 he stated not enough I told him I had some change in my truck he said I'm call the police thats when a customer gave me 1.80cent for the beer he then pulled AK47 told me that I wasn't able to leave I stated why he said I want a trespass I told him I was leaving thats when I noticed the door was locked I said let me out he said get down I said no he started shooting then chased me around the store then he let me out store police were call came file case card

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like for my vehicle to be replaced was stolong due to the police tulling me to leave the area or I would be arrest then I want to sue for mental stress discrimination Stress type false Retention Kidnapping Being held against my will Being shot at saced me now I have strokes nite maries from the shotting siutitation

Pro Se General Complaint for a Civil Case (Rev.10/16)

## V.    Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name _Jeremiah_            Last Name _Robinson_

Mailing Address _24 Hwersham Circle_

City and State _Birmingham    ALabama_                Zip Code _35215_

Telephone Number _205 421-8310  or  205 340-9768_

E-mail Address _JeremiahRobinson 444 @gmail.co —_


Signature of plaintiff _____

Date signed _____


## **OPTIONAL**

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does <u>not</u> excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients

☑ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request , the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

Jeremiah Robinson494 @gmail.com

Participant signature:

Date:

Written 7/3/23
8:08 pm

On 8/24/2023 the police were called to T and U gas station located at 900 28th St. In Birmingham, I Jeremiah Antino Robinson, started to explain about the shooting that has just taken place inside the store. Upon me telling my situation Officer W. Hunt, start laughing about my situation. I then stated can you please call a Sgt. He (W. Hunt) state... Officer DUNN HUNT was his Sgt. Sgt. DUNN stated Officer Hunt will handle it, as I go again back to officer HUNT to explain we enter the store, as I go on to tell him (THAT THE CLARK, THAT SHOT AT ME, HAS LEFT.) We call myself and the clark which name is unknown twice call the police to report this incident. At this point shift changes new clark arrives, as arrived (the clark) he ask me!! (WHAT ARE YOU DOING) Then, I say (Waiting on the police), Then he say leave the property., Then the clark called the police again which makes Twice. Again as I explain the clark

the other people that was behind me. That's when he pulled the gun and told me to get on the ground at this point a customer gives him $5.00 dollar bill to pay for his order he change was $1.82 then he states (Give to the guy for the beer), then he (the customer) say go ahead and leave my brother because this is on some other stuff. Then we both discovered (THE customer and myself) that we were locked in the store, 2 more customer then say let Us out we don't have anything to do with this. Then I lay on the ground and say the same thang that they said (THEY HAVE NOTHING TO DO WITT This) Keep In Mind He Still has me at Gun Point. As he unlock the door so the customers could Exit I started to get off the floor to go for the door he then starts to fire multiple shots Directly at me, Then He comes from behind the counter, only to chase me

through the store again firing
mulitple shots through the store
Hitting the window of the front
Counter of thee bullet proof class.
Then I state (Im bout to put you in Jail)
He Then goes behind the counter
I walked to the counter and Stated
(You going to Jail Tonight bruh)
He then states (GET THE FUCK OUT THE STORE),
I Then Exit... To wait on the police
as I Still ask people for a Jump off.
Then The Police Arrives. After
Listening to my situation he theal (officer Hunt)
Tells me to leave, are I will be subject
to be arrested. again Im telling him
that I needed a jump off And that
my car was at the Red Light. At this
point he's telling me to leave because
I was drunk. I then call someone
to come get me and end up having
no luck. After walking several hours,
I finally found Someone to help me. Now
it's almost 05:00Am I come back to the
the location 20th Street Ensley at the Red light
(My Truck was Gone). I called the police

shot at me with an AK-47 which was up against the counter behind the counter which was not in view, Officer (W HUNT) Then, abrupted the fresh bullet whole Behind a sticker then after I Removed the sticker he goes behind the counter picked up the gun (AK-47) smelled it, and stated (Yes it hAs been recently fired), Put it back down, then started back to his patrol car. I was explaining to officer (W HUNT) that I was only here because, my vechial needed a JumP off. I then ask several ppl inside the store could they Help me with a Jump off but everyone said NO!!!! I then picked up a beer (Bud light) It was $1.42 with tax and all but I had only $1.27 he then took the money and then he states (NOT Enough Mither fucker) then I state (I have the change in my truck, I don't even have to have the beer sir I just need a Jump out then I moved to the side so that he could get the

To report my truck stolen. After several weeks I called to check the status of my but they had no information regarding my truck. So, I started my own investigation starting with Junk yards and pictures of my truck. Every Junk yard told me if the truck wasn't stolen that they couldn't release any information. upon my going to the last Junk yard, Rathers Car yard showing pictures of my truck and the owner stated ("Yes I had this truck (someone sold it here) But I can't Release any information if the truck wasn't reported stolen) So, Right there I called the head quarters to speak with someone and (that someone was (Mr. Inheet sgt) which stated that he (Sgt Inheet) would look into my Truck being sold to that Junk Yard and Review Body Cam footage from the night of the incident. I called back to back to ask questions about the incident

Reason's

① Why wasn't the gun Confiscated?

② Why wasn't a Crime science Technician Called out to collect evidence Bullet shells, sercurity Camra, ect.

③ Why was there no follow ups?

④ Why did he (officer In herd) tell me to go back to where I was almost Killed to get the guys name who shot at me.

⑤ Why I had to keep calling for help everyone thought it was funny in the West precent.

⑥ Why wasn't I contact period till this day.

All Im saying Justice Should be for everyone I feel as tho I was treated unfairly. Im not say Im a Saint or anything If I was to do something of this sort I would be locked up right now to this day Im just asking for a proper investigation of my claim. The DA told me that they dont do Silvian warrants And that it wuld have to be done by an Detective. hey ask the name

They ask for the name and location of the store I then give them (DA) the name and number of the owner and the owner stated (THE TAPE HAS Been Deleted) I really wanna know why he never wasnt charged with deleteing tape, hiderenting a procutution, and aiding and bedcling Suspect. and Tampering with evidnce. By deleting the tape, If I would have been in the wrong the tape wouldve been missing. So Im sueing for civil rights violation Roby lost, 3000 worth of tools. rims, alone with clothes with price range vale 650⁰⁰ and lost wages.